## MILLER v. BONE.

*Motion to strike transcript from the files — Saturday, January 16.*

APPEAL: STAMP.

IN this case it was held that a revenue stamp of fifty cents was not necessary in appeals from the District to Supreme Court. Such stamp is, however, required, by the act of Congress, in appeals from inferior courts to the District Court.